C-13-15(a)Motion
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Claude S. Dixon | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | No: B-10-80120 C-13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On April 19, 2010, the Debtor's plan was confirmed. The Confirmation Order provided that the claim of Bank of America secured by a deed of trust on the Debtor's real property located at 221 Concord St., Durham, NC ("the real property") would be allowed as a fully secured claim payable in monthly installments of $295.26 when said claim was timely and properly filed. On April 4, 2011, BAC Home Loans Servicing, LP ("BAC") filed a claim in the amount of $11,208.99 secured by the real property.

The Standing Trustee respectfully recommends to the Court that an Order be entered allowing BAC a secured claim in the amount of $11,208.99 with interest at the rate of 7.55% per annum in equal monthly installments of $276.00.

Date: April 11, 2011                                                            s/Richard M. Hutson, II
    ej                                                                                            Standing Trustee

--------------------------------------------------------------------------------

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  May 11, 2011,  with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC  27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on  May 24, 2011,  at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: April 11, 2011                                                            OFFICE OF THE CLERK
                                                                                          U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-80120 C-13D**

Claude S. Dixon
2114 Otis St.
Durham, NC  27707

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

Sarah D. Miranda, Esq.
PO Box 2505
Fayetteville, NC  28302

BAC Home Loans Servicing, LP
Mail Stop CA6-919-01-23
400 National Way
Simi Valley, CA  93065