10-80120

FILED APR 20'11 AM10:26 USBC-GBO

In reply to your letter on April 19-2010 I have no property on Concord St. this is twice I have gotten a letter like this.

Claude Dixon
2114 Otis St.
Durham, N.C. 27707

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Claude S. Dixon )  Motion and Notice
)  Chapter 13
)
)
)  No: B-10-80120 C-13D
)
)
Debtor(s) )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On April 19, 2010, the Debtor's plan was confirmed. The Confirmation Order provided that the claim of Bank of America secured by a deed of trust on the Debtor's real property located at 221 Concord St., Durham, NC ("the real property") would be allowed as a fully secured claim payable in monthly installments of $295.26 when said claim was timely and properly filed. On April 4, 2011, BAC Home Loans Servicing, LP ("BAC") filed a claim in the amount of $11,208.99 secured by the real property.

The Standing Trustee respectfully recommends to the Court that an Order be entered allowing BAC a secured claim in the amount of $11,208.99 with interest at the rate of 7.55% per annum in equal monthly installments of $276.00.

Date: April 11, 2011                                             s/Richard M. Hutson, II
       ej                                                        Standing Trustee

---

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before May 11, 2011, with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on May 24, 2011, at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: April 11, 2011                                             OFFICE OF THE CLERK
                                                                 U.S. Bankruptcy Court