UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
**Claude Stanley Dixon**

Case No. 10-80120
Chapter 13

Social Security No. xxx-xx-7865
Address: 2114 Otis Street, Durham, NC 27707-

Debtor

## OBJECTION TO CLAIM

**NOW COMES** the Debtor above-named, through counsel, pursuant to 11 U.S.C. §502 and Bankruptcy Rule 3007, who respectfully objects to the proof of claim filed by the creditor BAC HOME LOANS SERVICING, LP and dated April 4, 2011, for the following reasons:

The client sold this house eight years ago and no longer has it.

**WHEREFORE**, the Debtor prays that the Court enter an Order disallowing the claim in its entirety

Dated: 5/4/11

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
6616-203 Six Forks Road
Raleigh, N.C. 27615
(919) 847-9750

claimomd.wpt (rev. 9/28/10)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Claude Stanley Dixon**

Case No. 10-80120
Chapter 13

Social Security No. xxx-xx-7865
Address:2114 Otis Street, Durham, NC 27707-

Debtor

## CERTIFICATE OF SERVICE

I, Charlene Ennemoser, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on 5\4\11. I served copies of the foregoing **OBJECTION TO CLAIM** electronically or, when unable, by certified first-class U.S. mail, return receipt requested, addressed to the following parties:

BAC HOME LOANS SERVICING, LP
**Attn: Managing Agent**
Mail Stop Ca6-919-01-23
400 National Way
Simi Valley, CA 93065-

U.S. Bankruptcy Administrator


Richard M. Hutson, II
Chapter 13 Trustee

/s Charlene Ennemoser
Charlene Ennemoser